**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQP DEVELOPMENT, LLC | |
| **Plaintiff,** | |
| | **CIVIL ACTION NO. 2:14-cv-563** |
| **v.** | |
| **ALLIED ELECTRONICS, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## JOINT MOTION TO DISMISS ALL CLAIMS WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (a)(2), Plaintiff TQP Development, LLC ("TQP") and Defendant Allied Electronics, Inc. ("Allied"), collectively the "Parties", through their counsel of record, jointly move the Court for a dismissal of all claims between the Parties without prejudice as follows:

1.      TQP consents to dismissal without prejudice of all of its claims against Allied in this suit.

2.      Allied consents to dismissal without prejudice of all of its claims against TQP in this suit.

3.      The Parties shall each bear their own costs and fees, including attorneys' fees, in accordance with the above-captioned suit and the underlying transactions.

DATED August 7, 2014.                              Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
5050 Quorum Dr. Suite 700
Dallas, Texas 75254

Telephone:     (469) 587-9776
Facsimile:     (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF TQP
DEVELOPMENT, LLC.**

*/s/ Neil J. McNabnay*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
**Fish & Richardson P.C.**
1717 Main Street, Suite 5000
Dallas, Texas  75201
(214) 747-5070 - Telephone
(214) 747-2091 – Facsimile

*/s/ Wasif Qureshi*
Wasif Qureshi
Texas Bar No. 24048155
qureshi@fr.com
**Fish & Richardson P.C.**
1221 McKinney St., Suite 2800
Houston, Texas 77010
(713) 654-5300 – Telephone
(713) 652-0109 – Facsimile
**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2014, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to all counsel

of record.


*/s/ Austin Hansley*
Austin Hansley